# EXHIBIT B




**RECORDER OF DEEDS**
**MONTGOMERY COUNTY**

*Nancy J. Becker*

One Montgomery Plaza
Swede and Airy Streets ~ Suite 303
P.O. Box 311 ~ Norristown, PA 19404
Office: (610) 278-3289 ~ Fax: (610) 278-3869

MTG BK 13911 PG 02829 to 02831
INSTRUMENT # : 2015016595
RECORDED DATE: 03/13/2015 01:39:08 PM



**MONTGOMERY COUNTY ROD**

### OFFICIAL RECORDING COVER PAGE
Page 1 of 3

| | | | |
|---|---|---|---|
| **Document Type:** | Mortgage Assignment | **Transaction #:** | 3178000 - 2 Doc(s) |
| **Document Date:** | 03/10/2015 | **Document Page Count:** | 2 |
| **Reference Info:** | | **Operator Id:** | mstiefel |

**RETURN TO:** (Mail)
CELINK
PO BOX 40724
LANSING, MI 48901-0724

**PAID BY:**
CELINK

**\* PROPERTY DATA:**
Parcel ID #:
Address:  1851 MEADOWBROOK RD

ABINGTON  PA
19001
Municipality:
School District:

**\* ASSOCIATED DOCUMENT(S):**
MTG BK 13451 PG 00096

**FEES / TAXES:**
Recording Fee: Mortgage Assignment   $76.00
**Total:**   $76.00

MTG BK 13911 PG 02829 to 02831
Recorded Date: 03/13/2015 01:39:08 PM

I hereby CERTIFY that this document is recorded in the Recorder of Deeds Office in Montgomery County, Pennsylvania.



Nancy J. Becker
Recorder of Deeds

# PLEASE DO NOT DETACH
THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

NOTE: If document data differs from cover sheet, document data always supersedes.
\*COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL INFORMATION.

RECORDING REQUESTED
AND PREPARED BY:
Celink
PO Box 40724
Lansing, Michigan 48901
(517) 321-8980
DEANNA COOKS - CELINK

And When Recorded Mail To:
Celink
PO Box 40724
Lansing, Michigan 48901
PARCEL#
Property Address: 1851 MEADOWBROOK ROAD, ABINGTON, PA 19001-0000.

RECORDER OF DEEDS
MONTGOMERY COUNTY

2015 MAR 13 A 9:59

MONTGOMERY COUNTY COMMISSIONERS REGISTRY
ABINGTON
1851 MEADOWBROOK RD
MAKUCH BOHDAN & STEPHANIE         $15.00
B 008  U 236  L 139  1101  DATE: 03/13/2015    ND

_____ Space above for Recorder's use _____
MERS MIN#                           PHONE#: (888) 679-6377
Customer#:
Loan#

## ASSIGNMENT OF MORTGAGE

For good and valuable consideration, the sufficiency of which is hereby acknowledged, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") AS NOMINEE FOR NEW DAY FINANCIAL, LLC, WHOSE ADDRESS IS 8160 MAPLE LAWN BLVD, SUITE 300, FULTON, MD 20759, ITS SUCCESSORS AND OR ASSIGNS, 1901 EAST VOORHEES STREET SUITE C, DANVILLE, IL  61834 0000.** By these presents does convey, grant, bargain, sell, assign, transfer and set over to: **URBAN FINANCIAL OF AMERICA, LLC, 8909 S. YALE AVE, TULSA, OK  74137 0000.** The described Mortgage, with all interest, all liens, and any rights due or to become due thereon. Said Mortgage for **$400,500.00** is recorded in the State of **PENNSYLVANIA**, TOWNSHIP of **ABINGTON**, County of **MONTGOMERY** Official Records, dated **OCTOBER 01, 2012** and recorded on **NOVEMBER 13, 2012**, as Instrument No. **2012114113**, in Book No. **13451**, at Page No. **00096**.
Original Mortgagor: **BOHDAN MAKUCH, SURVIVING SPOUSE.**
Original Mortgagee: **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS").**

Loan#: ▮▮▮▮    Srv#: ▮▮▮▮
Page 2

Date: 3-10-2015
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") AS NOMINEE FOR NEW DAY FINANCIAL, LLC, WHOSE ADDRESS IS 8160 MAPLE LAWN BLVD, SUITE 300, FULTON, MD 20759, ITS SUCCESSORS AND OR ASSIGNS**

By: _____
     **JASON PEREZ, ASSISTANT SECRETARY**

State of    **MICHIGAN**        }
County of   **INGHAM**          } ss.

On 3-10-2015, before me, **AMANDA BEACH**, personally appeared **JASON PEREZ, ASSISTANT SECRETARY** of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") AS NOMINEE FOR NEW DAY FINANCIAL, LLC, WHOSE ADDRESS IS 8160 MAPLE LAWN BLVD, SUITE 300, FULTON, MD 20759, ITS SUCCESSORS AND OR ASSIGNS** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
Witness my hand and official seal.

_Amanda Beach_
(Notary Name): **AMANDA BEACH**

Notary Public In and for CLINTON County
Acting in INGHAM County, MICHIGAN State
My Commission Expire: 01/15/2020

I hereby certify that the precise address of the within named assignee is: 8909 S. YALE AVE, TULSA, OK 74137-0000

By: _____
     **JASON PEREZ, ASSISTANT SECRETARY**