UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BOHDAN MAKUCH                                   Chapter 13

                    Debtor          Bankruptcy No. 16-17722-~~JKF~~ MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___19th___ day of ___October___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DOUGLAS R. LALLY ESQ
261 OLD YORK RD
SUITE 524
JENKINTOWN, PA 19046-

Debtor:
BOHDAN MAKUCH

1851 Meadowbrook Road

Abington, PA 19001